# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Peter Larkin <br>     Debtor | CHAPTER 13 <br><br> BKY. NO. 16-14977 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Nationstar Mortgage LLC, and index same on the master mailing list.

Re: Loan # Ending In: 8608

                   Respectfully submitted,

                   **/s/Joshua I. Goldman, Esquire**
                   Joshua I. Goldman, Esquire
                   Thomas Puleo, Esquire
                   KML Law Group, P.C.
                   701 Market Street, Suite 5000
                   Philadelphia, PA 19106-1532
                   (215) 825-6306  FAX (215) 825-6406