**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| PETER JOSEPH LARKIN | : | Bankruptcy No.  16-14977-ref |
| Debtor | : | |

## CERTIFICATE OF NO ANSWER OR OBJECTION REGARDING THE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

AND NOW, this 3rd day of February, 2017, Zachary Zawarski, Esquire, Attorney for Debtor, in the above-captioned bankruptcy proceeding, certifies as follows:

1. On January 12, 2017, he filed an Application for Compensation and Reimbursement of Expenses, as Attorney for Debtor.

2. Notice was served on the U.S. Trustee and all parties in interest as previously certified on January 12, 2017.

3. To date, he has received no answer or objection to the Application for Compensation and Reimbursement of Expenses.

WHEREFORE, Zachary Zawarski, Esquire, Attorney for Debtor, requests this Honorable Court enter the Order which was attached to the Application.

Dated: 2/3/2017            By:    */s/ Zachary Zawarski*
                                   ZACHARY ZAWARSKI, ESQUIRE
                                   1441 Linden Street
                                   Bethlehem, PA 18018
                                   Phone: (610) 417-6345
                                   Fax: (610) 974-9749
                                   zzawarski@zawarskilaw.com
                                   Attorney ID No.: 308348
                                   Attorney for Debtor