# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| PETER JOSEPH LARKIN | : | Bankruptcy No. 16-14977-ref |
| Debtor | : | |

## ORDER APPROVING COMPENSATION
## TO COUNSEL FOR DEBTOR

Upon consideration of the Application by Debtor's Chapter 13 Counsel Pursuant to Local Rule 2016-2A, for compensation and reimbursement of expenses, and in the absence of objection, and good cause existing for the approval thereof,

**IT IS HEREBY ORDERED AND DECREED**, that the compensation charged by counsel for Debtor, Zachary Zawarski, Esquire, in the amount of THREE THOUSAND and xx/100 Dollars ($3,000.00), of which ONE THOUSAND TWO HUNDRED and xx/100 Dollars ($1,200.00) has been paid and ONE THOUSAND EIGHT HUNDRED and xx/100 Dollars ($1,800.00) is unpaid, and the expenses charged in the amount of THIRTY-NINE and 35/100 Dollars ($39.35), are hereby approved.

BY THE COURT:

**Date: February 6, 2017**

_____
RICHARD E. FEHLING
BANKRUPTCY JUDGE