# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| PETER JOSEPH LARKIN | : | |
| Debtor | : | Bankruptcy No.  16-14977-ref |
| | : | |

## CERTIFICATE OF NO ANSWER OR OBJECTION REGARDING DEBTOR'S OBJECTION TO THE NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES FILED BY NATIONSTAR MORTGAGE, LLC

AND NOW, this 18th day of May, 2017, Zachary Zawarski, Esquire, Attorney for Debtor, in the above-captioned bankruptcy proceeding, certifies as follows:

1. On April 26, 2017, Debtor filed an Objection to Notice of Postpetition Mortgage Fees, Expenses, and Charges filed by Nationstar Mortgage, LLC.

2. Notice was served on Nationstar Mortgage, LLC and Nationstar Mortgage, LLC's attorney, KML Law Group, P.C., the U.S. Trustee, and all parties in interest as previously certified on April 26, 2017.

3. The response deadline was May 17, 2017.

4. To date, no answer or response to the Objection has been received.

WHEREFORE, Zachary Zawarski, Esquire, Attorney for Debtor, requests this Honorable Court enter the Order which was attached to the Objection.

Dated: 5/18/2017        By:    /s/ Zachary Zawarski
                               ZACHARY ZAWARSKI, ESQUIRE
                               1441 Linden Street
                               Bethlehem, PA 18018
                               Phone: (610) 417-6345
                               Fax: (610) 974-9749
                               zzawarski@zawarskilaw.com
                               Attorney ID No.: 308348
                               Attorney for Debtor