```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                          Case No. 16-14977-ref
Peter Joseph Larkin                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4           User: Keith              Page 1 of 1           Date Rcvd: May 19, 2017
                               Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2017.
db             +Peter Joseph Larkin,   815 Bath Ave.,   Catasauqua, PA 18032-1216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY   ZAWARSKI    on behalf of Debtor Peter Joseph Larkin zzawarski@zawarskilaw.com
                                                                                             TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| PETER JOSEPH LARKIN | : | |
| Debtor | : | Bankruptcy No. 16-14977-ref |
| | : | |

## ORDER

The Court considered Debtor's Objection to the Notice of Postpetition Mortgage Fees, Expenses, and Charges filed by Nationstar Mortgage, LLC. No responsive pleading was timely filed by any party. Accordingly, the Court finds that just cause exists for the entry of the following order. It is therefore **ORDERED** that the Objection filed by Debtor is hereby **SUSTAINED** and the Notice of Postpetition Mortgage Fees, Expenses, and Charges filed by Nationstar Mortgage on March 27, 2017 is **STRICKEN** in its entirety.

BY THE COURT:

**Date: May 19, 2017**

_____
RICHARD E. FEHLING
U.S. Bankruptcy Judge

**Distribution List:**

Zachary Zawarski, Esq.
1441 Linden Street
Bethlehem, PA 18018

Nationstar Mortgage, LLC
P.O. Box 619096
Dallas, TX 75261-9741

KML Law Group, P.C.
Denise Carlon, Esq.
701 Market Street, Suite 5000
Philadelphia, PA 19106