| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 16-14977-PMM

PETER JOSEPH LARKIN
815 BATH AVE.
CATASAUQUA  PA    18032

Petition Filed Date: 07/14/2016
341 Hearing Date: 09/27/2016
Confirmation Date: 01/12/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/01/2019 | $380.00 | | 03/04/2019 | $380.00 | | 03/29/2019 | $380.00 | |
| 04/29/2019 | $380.00 | | 05/28/2019 | $380.00 | | 06/17/2019 | $380.00 | |
| 07/15/2019 | $380.00 | | 08/19/2019 | $380.00 | | 09/16/2019 | $380.00 | |
| 10/23/2019 | $380.00 | 6266918000 | 11/18/2019 | $380.00 | 6337845000 | 12/16/2019 | $380.00 | 6408160000 |
| 01/21/2020 | $380.00 | 6495096000 | 02/18/2020 | $380.00 | 6567186000 | 03/19/2020 | $380.00 | 6650018000 |
| 04/03/2020 | $380.00 | 6687445000 | 05/22/2020 | $380.00 | 6807345000 | 06/29/2020 | $380.00 | 6892922000 |
| 07/31/2020 | $380.00 | 6975314000 | | | | | | |

**Total Receipts for the Period:  $7,220.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $17,843.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  004 | Unsecured Creditors | $1,018.22 | $441.64 | $576.58 |
| 5 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»»  005 | Unsecured Creditors | $1,610.72 | $698.61 | $912.11 |
| 3 | BECKET & LEE, LLP<br>»»  003 | Unsecured Creditors | $365.24 | $158.42 | $206.82 |
| 1 | NATIONSTAR MORTGAGE LLC<br>»»  001 | Mortgage Arrears | $10,550.40 | $10,550.40 | $0.00 |
| 2 | PPL ELECTRIC UTILITIES<br>»»  002 | Unsecured Creditors | $4,479.35 | $1,942.83 | $2,536.52 |
| 6 | ZACHARY ZAWARSKI ESQ<br>»»  006 | Attorney Fees | $1,839.35 | $1,839.35 | $0.00 |

**Chapter 13 Case No. 16-14977-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,843.00 | Current Monthly Payment: | $380.00 |
| Paid to Claims: | $15,631.25 | Arrearages: | ($3.00) |
| Paid to Trustee: | $1,527.74 | Total Plan Base: | $22,400.00 |
| Funds on Hand: | $684.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.