Certificate Number: 17572-PAE-DE-034778850

Bankruptcy Case Number: 16-14977



17572-PAE-DE-034778850

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 16, 2020, at 11:26 o'clock AM PDT, Peter J Larkin completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  August 16, 2020             By:  /s/Kelly Faulks

                                    Name:  Kelly Faulks

                                    Title:  Counselor