| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 16-14977-PMM**

PETER JOSEPH LARKIN
815 BATH AVE.
CATASAUQUA  PA    18032

Petition Filed Date: 07/14/2016
341 Hearing Date: 09/27/2016
Confirmation Date: 01/12/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2020 | $380.00 | 6495096000 | 02/18/2020 | $380.00 | 6567186000 | 03/19/2020 | $380.00 | 6650018000 |
| 04/03/2020 | $380.00 | 6687445000 | 05/22/2020 | $380.00 | 6807345000 | 06/29/2020 | $380.00 | 6892922000 |
| 07/31/2020 | $380.00 | 6975314000 | 08/31/2020 | $380.00 | 7048641000 | 09/25/2020 | $380.00 | 7108135000 |
| 10/29/2020 | $380.00 | 7191794000 | 11/30/2020 | $380.00 | 7267036000 | 01/04/2021 | $380.00 | 7344363000 |
| 02/01/2021 | $380.00 | 7414140000 | 03/01/2021 | $380.00 | 7478414000 | 03/26/2021 | $380.00 | 7550995000 |
| 04/26/2021 | $380.00 | 7617498000 | 06/01/2021 | $380.00 | 7702629000 | | | |

**Total Receipts for the Period: $6,460.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $21,643.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 004 | Unsecured Creditors | $1,018.22 | $916.92 | $101.30 |
| 5 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»» 005 | Unsecured Creditors | $1,610.72 | $1,450.46 | $160.26 |
| 3 | BECKET & LEE, LLP<br>»» 003 | Unsecured Creditors | $365.24 | $328.89 | $36.35 |
| 1 | NATIONSTAR MORTGAGE LLC<br>»» 001 | Mortgage Arrears | $10,550.40 | $10,550.40 | $0.00 |
| 2 | PPL ELECTRIC UTILITIES<br>»» 002 | Unsecured Creditors | $4,479.35 | $4,033.66 | $445.69 |
| 6 | ZACHARY ZAWARSKI ESQ<br>»» 006 | Attorney Fees | $1,839.35 | $1,839.35 | $0.00 |

Case 16-14977-pmm    Doc 34    Filed 06/17/21    Entered 06/17/21 07:57:54    Desc Main
Document    Page 2 of 2

**Chapter 13 Case No. 16-14977-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,643.00 | Current Monthly Payment: | $380.00 |
| Paid to Claims: | $19,119.68 | Arrearages: | ($3.00) |
| Paid to Trustee: | $1,827.92 | Total Plan Base: | $22,400.00 |
| Funds on Hand: | $695.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.