United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 16-14977-pmm

Peter Joseph Larkin                                                                             Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                              Page 1 of 3

Date Rcvd: Oct 06, 2021                       Form ID: 138OBJ                          Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter Joseph Larkin, 815 Bath Ave., Catasauqua, PA 18032-1216 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13759505 | + | Bank of America, N.A., 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 13759507 | + | Bureau of Account Management, 3607 Rosemont Ave. #502, Camp Hill, PA 17011-6943 |
| 13759509 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 13829165 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13759513 | | Manley Deas & Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 13789103 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, ATTN: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 13759514 | + | Nationstar Mortgage, P.O. Box 619098, Dallas, TX 75261-9098 |
| 13771831 | + | Nationstar Mortgage LLC, c/o Joshua I. Goldman, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13759515 | + | PP&L Electric Utilities, 2 North 9th Street CPC-GENN-1, Allentown, PA 18101-1139 |
| 13759516 | + | Service Electric, 2260 Ave A, Bethlehem, PA 18017-2170 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 06 2021 23:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 06 2021 23:24:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13838923 | + | Email/Text: g20956@att.com | Oct 06 2021 23:24:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 13835457 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 06 2021 23:34:24 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13759506 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Oct 06 2021 23:24:00 | Berks Credit & Collections, Inc., 900 Corporate Drive, Reading, PA 19605-3340 |
| 13759508 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 06 2021 23:24:00 | Capital One/Kohl's, N56 W. 17000 Ridgewood Dr., Menomonee Falls, WI 53051-5660 |
| 13759510 | + | Email/Text: bankruptcynotices@dcicollect.com | Oct 06 2021 23:24:00 | Diversified Consultants, Inc., P.O. Box 551268, Jacksonville, FL 32255-1268 |
| 13759511 | + | Email/Text: bknotice@ercbpo.com | Oct 06 2021 23:24:00 | Enhanced Recovery Co. LLC, 8014 Bayberry Rd., Jacksonville, FL 32256-7412 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 06, 2021 | Form ID: 138OBJ | Total Noticed: 27 |

| | | | |
|---|---|---|---|
| 13759512 | Email/Text: cs.bankruptcy@jmcbiz.com | | |
| | | Oct 06 2021 23:24:00 | Joseph Mann & Creed, 8948 Canyon Falls Blvd, Ste 200, Twinsburg, OH 44087-1900 |
| 13759517 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Oct 06 2021 23:24:00 | Verizon Wireless, P.O. Box 49, Lakeland, FL 33802-0049 |
| 13759518 | + Email/Text: zzawarski@zawarskilaw.com | | |
| | | Oct 06 2021 23:24:00 | Zachary Zawarski, Esq., 1441 Linden Street, Bethlehem, PA 18018-2606 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13827775 | | PPL Electric Utilities, 827 Hausman Road, Allentow |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor NATIONSTAR MORTGAGE LLC Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS I. PULEO | on behalf of Creditor NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY ZAWARSKI | |

District/off: 0313-4                              User: admin                                    Page 3 of 3
Date Rcvd: Oct 06, 2021                          Form ID: 138OBJ                                 Total Noticed: 27

on behalf of Debtor Peter Joseph Larkin zzawarski@zawarskilaw.com


TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Peter Joseph Larkin

       Debtor(s)

Case No: 16–14977–pmm

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

    To all creditors and parties in interest, NOTICE IS GIVEN THAT:


    The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

    Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

    All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

    In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/6/21